Judgment in a Civil Case (02/11)

**E-FILED**
Friday, 06 April, 2018 11:11:14 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Gerald Jones | ) | |
| Plaintiff | ) | |
| vs. | ) | Case Number: 1:17-cv-1390 |
| | ) | |
| Kelly Renzi, Guy Pierce, John Baldwin, | ) | |
| Andrea Moss, Pam Raber, Todd Nelson, | ) | |
| Suzaenne Prentice, Michael Melvin, | ) | |
| Terry Kennedy, Emily Ruskins, Ms. Marano, | ) | |
| Bradey, Mr. Greenway, Jason Brockett, | ) | |
| Sheila Molinero, Kelly Haag, | ) | |
| Illinois Department of Corrections, | ) | |
| Wexford Health Resources, Inc., | ) | |
| Bolden, Ms. Henry | ) | |
| Defendants | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's case is dismissed without prejudice for failure to pay the $400 filing fee, as directed by the court. This case is closed.

**Dated:**  4/6/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court